

ACCEPTED
03-13-00760-CR
3765641
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 12:58:13 PM
JEFFREY D. KYLE
CLERK

**Rosemary Lehmberg ✶ Travis County District Attorney**

P.O. Box 1748  Austin, Texas  78767  •  Telephone: 512-854-3626  •  Fax: 512-854-4206

January 14, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/14/2015 12:58:13 PM

JEFFREY D. KYLE
Clerk

Third Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

     Re: **James Arthur Brown vs. State of Texas, No. 03-13-00760-CR**

To the Honorable Justices of the Court of Appeals:

     Please be advised that William G. Swaim III has been appointed Special Assistant District Attorney of Travis County, Texas, for the purpose of representing the State of Texas in the above-referenced matter.

     Attached please find Mr. Swaim's certificate of appointment, oath of office, and statement pursuant to Article XVI, Section 1 of the Texas Constitution.

               Respectfully submitted,

               */s/ M. Scott Taliaferro*
               M. Scott Taliaferro
               Assistant District Attorney

### CERTIFICATE OF COMPLIANCE

     Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this letter, that this letter contains 66 words, excluding words contained in those parts of the letter that Rule 9.4(i) exempts from inclusion in the word count.

               */s/ M. Scott Taliaferro*
               M. Scott Taliaferro
               Assistant District Attorney

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 14th day of January, 2015, copies of the foregoing letter and the enclosures were sent, via U.S. mail, email, facsimile, or electronically through the electronic filing manager, to the following attorney for the appellant:

Tanisa Jeffers, Esq.
Brian Bernard, Esq.
Bernard & Associates
1203 Baylor Street
Austin, TX 78703
Fax: 512.478.9827
Email: tanisaL@hotmail.com and
        attorneybernard@yahoo.com

I certify, further, that copies of the foregoing letter and the enclosures were sent, via U.S. mail, email, facsimile, or electronically through the electronic filing manager, to the following attorney for the State:

William G. Swaim III
Special Assistant District Attorney
c/o County Attorney's Office
Travis County, Texas
P.O. Box 1748
Austin, TX 78767

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro

# APPOINTMENT

## THE STATE OF TEXAS

## COUNTY OF TRAVIS

I, Rosemary Lehmberg, Travis County District Attorney, 53rd Judicial District, of the State of Texas, having full confidence in WILLIAM G. SWAIM III of said County and State, do hereby, with the consent of WILLIAM G. SWAIM III appoint WILLIAM G. SWAIM III as Special Assistant District Attorney of Travis County, Texas, to act in my name, place and stead, to do and perform any and all acts and things pertaining to *James Arthur Brown v. The State of Texas*, No. 03-13-00760-CR in the Court of Appeals for the Third Judicial District, hereby ratifying and confirming any and all such acts and things lawfully done in the premises by virtue hereof.

Witness my hand, this 14th day of January, A.D., 2015.

Filed In The District Court
of Travis County, Texas
on _____
at _____ M.
Velva L. Price, District Clerk

Rosemary Lehmberg
Travis County District Attorney

SWORN TO and Subscribed before me by Rosemary Lehmberg on this 14th day of January, 2015.

RODOLFO R. MAGALLANES
Notary Public
STATE OF TEXAS
Commission Exp. JUNE 17, 2017

Notary Public in and for the State of Texas
My Commission expires: June 17, 2017

IN THE NAME AND BY THE AUTHORITY OF

THE STATE OF TEXAS

OATH OF OFFICE


I, WILLIAM G. SWAIM III, do solemnly swear (or affirm) that I will faithfully execute the duties of the office of Special Assistant District Attorney of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

William G. Swaim III
Special Assistant District Attorney
Travis County, Texas


SWORN TO and Subscribed before me by William G. Swaim III on this _____ day of January, 2015.


Signature of Person Administering Oath


VICKI BUTCHER
Notary Public
STATE OF TEXAS
Commission Exp. 12-19-2015

Notary Public in and for the State of Texas
My Commission expires: 12/19/15

IN THE NAME AND BY THE AUTHORITY OF

THE STATE OF TEXAS

STATEMENT OF OFFICER
(Pursuant to Art. XVI, Section 1, Texas Constitution)

I, WILLIAM G. SWAIM III, do solemnly swear (or affirm) that I have not directly or indirectly paid, offered, or promised to pay, contributed, or promised to contribute any money, or valuable thing, or promised any public office or employment, as a reward to secure my appointment or confirmation thereof, so help me God.

William G. Swaim III
Special Assistant District Attorney
Travis County, Texas
P.O. Box 1748
Austin, Texas    78767

SWORN TO and Subscribed before me by William G. Swaim III on this 14th day of January, 2015.

Signature of Person Administering Oath

VICKI BUTCHER
Notary Public
STATE OF TEXAS
Commission Exp. 12-19-2015

Notary Public in and for the State of Texas
commission expires: 12/19/15